UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CELIA SMITH,<br><br>　　　　　Plaintiff,<br><br>　　　　v.<br><br>CHRISTOPHER DARDEN ET AL.,<br><br>　　　　　Defendants. | Case No. 2:24-cv-01673-FMO (MAR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint, the relevant records on file, and the Report and Recommendation of the United States Magistrate Judge. The Court has engaged in <u>de novo</u> review of those portions of the Report to which Plaintiff has objected. The Court accepts the findings and recommendation of the Magistrate Judge.

　　　**IT IS THEREFORE ORDERED** that Defendants' motions to dismiss, Dkts. 27, 36, and 40, are **GRANTED** and Judgment be entered dismissing this action with prejudice and without leave to amend.

Dated: March 27, 2025

　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　HONORABLE FERNANDO M. OLGUIN
　　　　　　　　　　　　　　　　　　United States District Judge