1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

9
10  CELIA SMITH,                              Case No. 2:24-cv-01673-FMO-MAR
11                 Plaintiff,
12          v.                                JUDGMENT
13  CHRISTOPHER DARDEN ET AL.,
14                 Defendant(s).
15

16
17   Pursuant to the Order Accepting Findings and Recommendation of United
18  States Magistrate Judge,
     **IT IS HEREBY ADJUDGED** that this action is dismissed with prejudice.
19
20
21  Dated: March 27, 2025

22                                              /s/
23                                  HONORABLE FERNANDO M. OLGUIN
                                    United States District Judge
24
25
26
27
28